### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, :  :  Plaintiff : v. : : JOHN DOE : SUBSCRIBER ASSIGNED IP ADDRESS : 100 14. 168. 132 : Defendant : | CIVIL ACTION  NO. 18-1762 |

### NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Samantha F. Green, Esquire, counsel on behalf of Defendant, JOHN DOE subscriber assigned IP address 100 14. 168. 132, in the above-captioned action.

    /s/ Samantha F. Green
Samantha F. Green
PA Attorney I.D. No. 316157

**SIDKOFF, PINCUS & GREEN, P.C.**
2700 Aramark Tower
1101 Market Street
Philadelphia, PA  19107
(215) 574-0600
(215) 574-0310 (fax)
sgreen@sidkoffpincusgreen.com

Dated:  August 28, 2018

## **CERTIFICATE OF SERVICE**

I, Samantha F. Green, Esquire, hereby certify that the *Notice of Appearance of Samantha F. Green,* was electronically filed and served today on all counsel of record, and is available for viewing and downloading on the Court's ECF system.

   /s/ Samantha F. Green
Samantha F. Green
PA Attorney I.D. No. 316157

**SIDKOFF, PINCUS & GREEN, P.C.**
2700 Aramark Tower
1101 Market Street
Philadelphia, PA  19107
(215) 574-0600
(215) 574-0310 (fax)
sgreen@sidkoffpincusgreen.com

Dated:  August 28, 2018